# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2020

Bridget M. McCormack,
Chief Justice

160980

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

SC: 160980
COA: 351185
Muskegon CC: 97-141051-FC

ROBERT LAVELL WILSON,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the January 23, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2020



Clerk

b1014